NUMBER 13-00-506-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


________________________________________________________________________


ROBERTO GOMEZ
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________________________


On appeal from the 347th District Court 


of Nueces County, Texas.


_________________________________________________________________________


O P I N I O N



Before Chief Justice Seerden, and Justices Dorsey, and Hinojosa


Opinion Per Curiam



 Appellant, ROBERTO GOMEZ, attempted to perfect an appeal from a
judgment entered by the 347th District Court of Nueces County, Texas. 
Sentence in this cause was imposed on May 15, 2000. An untimely motion
for new trial was filed on June 16, 2000. The notice of appeal was due to be
filed on June 14, 2000, but was not filed until August 4, 2000. Said notice
of appeal is untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an
extension of time for filing notice of appeal if such notice is filed within fifteen
days of the last day allowed and within the same period a motion is filed in the
court of appeals reasonably explaining the need for such extension. Appellant
failed to file his notice of appeal and a motion requesting an extension of time
within such period. 

 The Court, having considered the documents on file and appellant's
failure to timely perfect his appeal, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of September, 2000.